IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABRAHAM GARCIA MARMOLEJO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-cv-522-RP |
| RANCHO CINEGETICO EL GRAN CHAPARRAL II, S. DE R.L. DE C.V.; RICARDO MAZON LIZARRAGA; and CARLOS MAZON ESCALANTE, | § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Plaintiff Abraham Garcia Mamolejo's ("Plaintiff") opposed motion for leave to file his first amended complaint, (Dkt. 36), Defendants Rancho Cinegetico El Gran Chaparral II, S. de R.L. de C.V., Ricardo Mazon Lizarraga, and Carlos Mazon Escalante's ("Defendants") Response in Opposition (Dkt. 42), Defendants' Motion to Strike certain statements from Plaintiff's declaration in support of the motion, (Dkt. 46), and Plaintiff's Motion to Exclude certain evidence submitted by Defendants, (Dkt. 50), as well as additional related briefing. (R. & R., Dkt. 61). Defendants timely filed objections to the report and recommendation, (Objs., Dkt. 47). Plaintiff responded to the Objections, (Resp., Dkt. 66), and Defendants replied, (Reply, Dkt. 69). Also before the Court is an Advisory to the Court by Defendants, (Dkt. 63), and Plaintiff's Motion to Strike that Advisory, (Dkt. 70). Finally, Defendants also filed an Amended Motion to Dismiss, (Dkt. 38), concurrently to Plaintiff's motion for leave to amend, and addressing the allegations in the prior complaint. Plaintiff filed a Response in Opposition to the Motion to Dismiss, (Dkt. 41), to which Defendants filed a reply, (Dkt. 45).

1

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendants timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, including Rule 15(a)'s strong bias in favor of granting leave to amend, the Court overrules Plaintiffs' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 61), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to file his first amended complaint, (Dkt. 36), is **GRANTED**. As a result, Defendants' Amended Motion to Dismiss, (Dkt. 38), Defendants' Motions to Strike, (Dkts. 46 and 70), and Plaintiff's Motions to Exclude, (Dkts. 49 and 50), are **MOOT**.

**SIGNED** on December 5, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE