IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABRAHAM GARCIA MARMOLEJO, and MULE, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:24-CV-522-RP |
| | § | |
| RANCHO CINEGETICO EL GRAN CHAPARRAL II, S. DE R.L. DE C.V., RICARDO MAZON LIZARRAGA, CARLOS MAZON ESCALANTE, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendants Rancho Cinégetico El Gran Chaparral II, S. de R.L. de C.V. ("Chaparral"), Carlos Mazón Escalante, and Ricardo Mazón Lizarraga's (collectively, "Defendants") Motion to Dismiss, (Dkt. 77). Defendants and Plaintiffs Abraham Garcia Marmolejo and Mule, LLC ("Plaintiffs") each timely filed objections to the report and recommendation, (Objs., Dkts. 82, 83), and responsive briefing, (Dkts. 86, 87, 88).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiffs and Defendants timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules both parties' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 81), is **ADOPTED**.

**IT IS ORDERED** that Defendants' Motion for Leave to File a Reply, (Dkt. 88), is **GRANTED** and that the Clerk of the Court file the Reply, (Dkt. 88-1), on the docket.

**IT IS FURTHER ORDERED** Plaintiffs' claims for declaratory relief, breach of contract, tortious interference with prospective and continuing business relations, defamation, conversion, and tortious interference with contract are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs' claims for assault by threats of bodily injury, assault by terroristic threat, and intentional infliction of emotional distress are **DISMISSED** with prejudice**.**

**IT IS FINALLY ORDERED** that the parties' joint Motion to Amend the Scheduling Order and Continue Trial, (Dkt. 84), is **GRANTED** and that the parties meet and confer and provide a proposed Amended Scheduling Order on or before September 14, 2026. The Court will continue the trial date by separate order.

**SIGNED** on August 31, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE